UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GINA JONES, et al.,<br><br>　　　　Defendants. | No.  2:23-cv-0383 DAD DB P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has requested a second extension of time to file objections to the April 20, 2023, findings and recommendations.  Plaintiff explains that he continues to have insufficient access to the law library due to modified programming as the result of Covid-19 quarantines at the prison.  This court finds good cause for a second extension of time.

　　　　Plaintiff also asks the court to order defendants to permit him to use the library's ADA computer because it has a Microsoft Word program.  Plaintiff fails to explain why his disability requires use of a word processing program.  Plaintiff's filings are typed and legible.  If plaintiff requires additional time due to his disability, this court will permit him that time.  However, plaintiff is warned that he has already had two months to file objections.  Any further requests for extensions of time must make a strong showing of good cause, including a showing that plaintiff has been diligent in trying to prepare and file objections.  Plaintiff fails to show good cause for an order directing defendants to give him access to the ADA computer.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 14) is granted;

2. Plaintiff's motion for an order requiring defendants to provide him access to the ADA computer (ECF No. 14) is denied; and

3. Plaintiff is granted thirty days from the date of this order in which to file objections to the April 20, 2023, findings and recommendations.

Dated: June 24, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil right/R/woli0383.36.sec.obj

2