UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>             Plaintiff,<br><br>     v.<br><br>GENA JONES, et al.,<br><br>             Defendants. | No.  2:23-cv-0383 DAD DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. §1983.  Plaintiff claims he is being denied Halal meals in violation of his First Amendment rights.  Before this court is plaintiff's third motion for access to the prison law library's ADA computer and additional library time.[1]  (ECF No. 16.)  Plaintiff raises no new reasons he should be entitled to this access.  While plaintiff may require assistance to complete filings, he has been successful in obtaining that assistance.  As this court noted twice previously, plaintiff's filings have been typed and legible.  Further, plaintiff fails to adequately explain why he has been able to file multiple requests for these accommodations but was unable to make progress on objections to this court's April 20, 2023 findings and recommendations.

---

[1] Plaintiff directed this filing to both the district judge and the undersigned magistrate judge.  In his August 10, 2023 order, Judge Drozd noted that the motion is before the undersigned magistrate judge.  (See ECF No. 18 at 2, n.1.)

Accordingly, IT IS HEREBY ORDERED that plaintiff's July 10, 2023 motion for accommodations (ECF No. 16) is denied.

Dated: August 23, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/woli0383.libr access(3)