UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>            Plaintiff,<br><br>     v.<br><br>GENA JONES, et al.,<br><br>            Defendants. | No.  2:23-cv-0383 DAD DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. §1983.  On August 31, 2023, the court denied plaintiff's motion to proceed in forma pauperis and ordered plaintiff to pay the filing fee if he wished to proceed with this case.  (ECF No. 23.)  Plaintiff appealed that order.  On January 19, 2024, the Court of Appeals for the Ninth Circuit dismissed the appeal.  (ECF No. 29.)  Accordingly, the court's August 31 order stands and plaintiff must pay the $402 filing fee if he wishes to proceed with this case.

For the foregoing reasons, IT IS HEREBY ORDERED that

1. Within twenty days of the date of this order, plaintiff must pay the $402 filing fee if he wishes to proceed with this case; and

////

////

////

1

2. If plaintiff fails to pay the filing fee within thirty days, this court will recommend this case be dismissed.

Dated:  February 20, 2024

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/woli0383.pay fee